

# THE THIRTEENTH COURT OF APPEALS

---

## 13-15-00148-CR

---

Aaron Lee Robert Flores

v.

The State of Texas

---

On appeal from the
186th District Court of Bexar County, Texas
Trial Cause No. 2014CR1271

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion.

We further order this decision certified below for observance.

April 16, 2015.